UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SHEDRICK BOWES-NORTHERN,<br><br>Plaintiff,<br><br>v.<br><br>LATESHA MILLER, GARY GERMANN, *Porter County Prosecutor*, JESSICA A. BAILEY, *Porter County Clerk of the Courts*, PORTER COUNTY, and DARIUS WOODS,<br><br>Defendants. | CAUSE NO.: 2:21-CV-287-TLS-JPK |

## ORDER

In the Court's Opinion and Order of December 3, 2021 [ECF No. 10], the Court denied the Plaintiff's Motion for Leave to Proceed In Forma Pauperis, dismissed the case without prejudice, and granted the Plaintiff up to and including January 3, 2022, to file an amended complaint as well as either a new motion to proceed in forma pauperis or the filing fee. The Plaintiff was cautioned that if he did not respond by the deadline, this case would be closed without further notice. The deadline has passed, and the Plaintiff has not responded.

Therefore, the Court DIRECTS the Clerk of Court to close this case.

SO ORDERED on February 3, 2022.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT