AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHEDRICK BOWES-NORTHERN
    Plaintiff

v.      Civil Action No. 2:21-cv-287

LATESHA MILLER
GARY GERMANN, *Porter County Prosecutor*
JESSICA A BAILEY, *Porter County Clerk of the Courts*
PORTER COUNTY OF
DARIUS WOODS
COOK COUNTY, *Individual Capacity*
PORTER COUNTY SUPERIOR COURT; *Terminated: 09/15/2021*
PORTER COUNTY PROSECUTORS; *Terminated: 09/15/2021*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:   This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Theresa L. Springmann

DATE: 2/3/2022      GARY T. BELL, CLERK OF COURT

by   s/S. Kowalsky
*Signature of Clerk or Deputy Clerk*